

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00045-CR

**IN RE** Mason Lynn **KELLNER**, Relator

Original Proceeding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: April 9, 2025

DISMISSED

On January 17, 2025, Mason Lynn Kellner filed an application for writ of habeas corpus, arguing that "he is being held without bond in the 445 [sic] Judicial District Court on a pre-trial revocation." This court does not, however, have original jurisdiction to issue a writ of habeas corpus in a criminal matter. *See* TEX. CONST. art. V, § 6(a) (granting appellate courts appellate jurisdiction and "such other jurisdiction, original and appellate, as may be prescribed by law"); TEX. GOV'T CODE ANN. § 22.221(d) (granting appellate courts limited jurisdiction to issue writs of habeas corpus in civil cases); TEX. CODE CRIM. PRO. ANN. art. 11.05 ("The court of criminal appeals, the district courts, the county courts, or any judge of those courts may issue the writ of habeas corpus."); *Ex parte Braswell*, 630 S.W.3d 600, 601–02 (Tex. App.—Waco 2021, orig. proceeding); *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, orig. proceeding); *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.).

Accordingly, we dismiss Kellner's application for writ of habeas corpus for want of jurisdiction. Any pending motions are dismissed as moot.

PER CURIAM

DO NOT PUBLISH